THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. ORGIE HEATH, Appellant.
THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. WILLIAM COLEMAN, Appellant.

(Argued March 6, 1933; decided April 11, 1933.)

*Harry Quailer* for Orgie Heath, appellant.

*George N. Starke* for William Coleman, appellant.

*Thomas C. T. Crain*, District Attorney (*John C. McDermott* of counsel), for respondent.

In each case appeal dismissed on the ground that the judgment of the Appellate Division is not a final judgment in that the case is sent back to the trial court for resentence and until resentence is pronounced there is nothing that may be reviewed by this court on appeal. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.